**Slip Op. 99-116**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

| | |
|---|---|
| SKF USA INC. and SKF INDUSTRIE S.p.A., | : |
| Plaintiffs, | : |
| v. | : Consol. Court No. 97-01-00054-S1 |
| UNITED STATES, | : |
| Defendant, | : |
| THE TORRINGTON COMPANY, | : |
| Defendant-Intervenor. | : |

<u>**JUDGMENT**</u>

This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Results of Redetermination Pursuant to Court Remand, <u>SKF USA Inc. and SKF Industrie S.p.A. v. United States</u>, 23 CIT __, Slip Op. 99-43 (May 13, 1999) ("Remand Results"), and Commerce having complied with the Court's remand, and no responses to the Remand Results having been submitted by the parties, it is hereby

**ORDERED** that the Remand Results filed by Commerce on August 12, 1999 are affirmed in their entirety; and it is further

**ORDERED** that since all other issues have been decided, this case is dismissed.

_____
NICHOLAS TSOUCALAS
SENIOR JUDGE

Dated:     October 28, 1999
           New York, New York